NORTH CENTRAL TRUST COMPANY OF PHILADELPHIA, PENN-
SYLVANIA, a corporation, *Appellant,* v. H. T. GALLAGHER,
et al., *Appellees.*

Division B.

Decision filed November 20, 1929.

Petition for rehearing denied January 8, 1930.

*Wm. Hunter* and *John B. Sutton,* for Appellant;

*James F. Glen, L. D. McGregor* and *W. B. Dickenson,*
for Appellees.

PER CURIAM.—This cause having heretofore been sub-
mitted to the Court upon the transcript of the record of
the decree herein, and briefs and arguments for the
respective parties, and the record having been seen and
inspected, and the Court being now advised of its judgment
to be given in the premises, it seems to the Court that
there is no error in the said decree; it is, therefore, con-
sidered, ordered and adjudged by the Court that the said
decree of the circuit court be, and the same is hereby
affirmed.

WHITFIELD, P. J., AND STRUM AND BUFORD, J. J., concur.